**Order filed November 6, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00912-CV
_____

**SHARON CAMPBELL, Appellant**

**V.**

**DEBBIE BERG, Appellee**

**On Appeal from the County Court at Law No 1**
**Jefferson County, Texas**
**Trial Court Cause No. 120637**

## ORDER

The notice of appeal in this case was filed September 20, 2012. A partial clerk's record was filed November 2, 2012. The record reflects appellant filed an affidavit to proceed without advance payment of costs on appeal. On October 19, 2012, the trial court signed an order sustaining a contest to appellant's claim of indigence.

Texas Rule of Appellate Procedure 20.1 governs the procedures to establish indigence on appeal. *See* Tex. R. App. P. 20.1 (West Supp. 2012). The rule requires a party claiming indigence who seeks review of the trial court's order sustaining a contest to file her challenge "within 10 days after the order sustaining the contest is signed, or

within 10 days after the notice of appeal  is filed, whichever is later." Tex. R. App. P. 20.1(j)(2).  As of this date, appellant has not filed a motion challenging the trial court's order.

Accordingly, appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **November 21, 2012.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM